# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YOUNG HAN, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ZHIYOUNG DU, an individual,<br><br>    Defendant. | Case No. 2:19-cv-01620-GMN-BNW<br><br>**ORDER** |

Presently before the court is attorneys Lee, Hernandez, Landrum, & Carlson, APC's motion to withdraw as attorneys for plaintiff (ECF No. 6), filed on November 20, 2019. No responses to the motion were filed.

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw. Plaintiff must file a notice advising the court whether he will represent himself or proceed pro se by February 3, 2020. Plaintiff is advised that unless and until he retains a new attorney, he is responsible for all deadlines in this case.

IT IS THEREFORE ORDERED that Lee, Hernandez, Landrum, & Carlson, APC's Motion to Withdraw as Counsel for Plaintiff (ECF No. 6) is GRANTED.

IT IS FURTHER ORDERED Lee, Hernandez, Landrum, & Carlson, APC's must serve a copy of this order on Plaintiff and must file proof of that service by January 10, 2020.

IT IS FURTHER ORDERED that on or before February 3, 2020, Plaintiff must file a written notice stating whether he intends to represent himself in this case. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Plaintiff by February 3, 2020.

IT IS FURTHER ORDERED that the clerk of court must update the docket sheet with Plaintiff's last known address as follows:

Young Han
2801 Alton Parkway, Apt. 211
Irvine, CA 92606-2176

DATED: January 3, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE