# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YONG HAN, | Case No. 2:19-cv-01620-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| ZHIYOUNG DU, | |
| Defendant. | |

The United States Postal Service has returned as undeliverable the court's last mailing in this case. (*See* ECF No. 9.) Thus, it appears that Yong Han is no longer at the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Yong Han must file a notice with his current address with the court by February 5, 2020. If Yong Han does not update his address by that date, the court will recommend dismissal of this case.

IT IS SO ORDERED.

DATED: January 22, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE